```
                  UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
```

| | |
|---|---|
| MARIA MEZA, | ) No. SA CV 12-01777-GAF (VBK) |
| Plaintiff, | ) ORDER (1) ACCEPTING THE FINDINGS |
| | ) AND RECOMMENDATIONS OF THE UNITED |
| v. | ) STATES MAGISTRATE JUDGE, (2) |
| | ) GRANTING DEFENDANTS' MOTION TO |
| BLADIMIR MEZA, et al., | ) DISMISS, AND (3) DISMISSING THE |
| | ) FIRST AMENDED COMPLAINT |
| Defendants. | ) |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Court (1) accepts the findings and recommendations of the United States Magistrate Judge, (2) grants Defendants Michael Riley, Mike Ryan, Minda Harman, Esther Vega, Tania Cruz and April Wright's Motion to Dismiss First Amended Complaint; and

//
//
//
//

1  (3) directs that Judgment be entered dismissing the First Amended
2  Complaint, and the action, with prejudice.

4  DATED: May 25, 2013

   _____
   GARY A. FEESS
   UNITED STATES DISTRICT JUDGE