JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARIA MEZA, | ) No. SA CV 12-01777-GAF (VBK) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| BLADMIR MEZA, et al., | ) |
| Defendants. | ) |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the First Amended Complaint and entire action with prejudice.

DATED: May 25, 2013

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**